In the Matter of LIVINGSTON STREET, RHINEBECK.

Order affirmed, with costs and disbursements.

Opinion by Gilbert, J.

---

ROBERT DENT, Respondent, *v.* LUCRETIA C. SMITH, Appellant, Impleaded, etc.

Order affirmed, with costs.

Opinion by Pratt, J.

---

ELIZABETH DENIKE and CHARLES W. DENIKE, Respondents, *v.* CHARLES J. HARRIS and ROBERT C. REEVES, Executors, etc., of ABRAHAM DENIKE, Deceased, Appellants.

Order affirmed, with costs and disbursements.

Opinion by Pratt, J.

---

SAMUEL A. LYON, Respondent, *v.* HUBBARD BLAKESLY, Appellant.

Order affirmed, with costs and disbursements.

Opinion by Barnard, P. J.

---

In the Matter of the Application of THE NEW YORK, WOODHAVEN AND ROCKAWAY RAILROAD to acquire Lands of John C. Shaw, and others.

Appeal withdrawn.

---

CATHARINE L. PHIPPS, Respondent, *v.* THOMAS D. CARMAN, Appellant.

Order reversed, with costs and disbursements.

Opinion by Barnard, P. J.

---

JOHN PAULDING and ESTHER PAULDING, Appellants, *v.* JAMES SHARKEY and JAMES R. MARVIN, Respondents.

Part of Surrogate's decree appealed from, affirmed with costs.

Opinion by Pratt, J.